1
2
3
4
5
6
7
8                                IN THE UNITED STATES DISTRICT COURT
9
                                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DIONEX CORPORATION,                                    No. C 03-1788 SBA (MEJ)
12              Plaintiff(s),
13                                                           **NOTICE OF REFERENCE**
        vs.
14
     ALLTECH ASSOCIATES, INC.,
15
                Defendant(s).
16   _____/
17
18   TO ALL PARTIES AND COUNSEL OF RECORD:
19          The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of
20   discovery.   Please be advised that if a specific motion was filed before the district court prior to this
21   referral, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge James'
22   Standing Order Regarding Discovery and Dispute Procedures, a copy of which may be obtained from the
23   Northern District of California's website at http://www.cand.uscourts.gov/
24   From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.
25          Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge
26   James' standing order and meet and confer in person.  If the parties are unable to resolve their dispute after
27   the meet and confer session, they shall file a joint meet and confer letter.  Upon careful review of the
28   parties' letter, the Court will either order further briefing, oral argument, or deem the matter submitted on

**United States District Court**
For the Northern District of California

the papers.  Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

Further, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: June 7, 2005                                 __/s/ Maria-Elena James_____
                                                    MARIA-ELENA JAMES
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

2